IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BYRON TU'SHAWN GOINS | ) |
| | ) |
| v. | ) NO. 3:09-0787 |
| | ) JUDGE CAMPBELL |
| DESIREE ANDREWS, et al. | ) |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 42) and Objections filed by the Plaintiff (Docket No. 45).

The Court has reviewed the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, for the reasons stated in the Report and Recommendation, the Motion to Dismiss filed by Defendant Andrews and Sator (Docket No. 20) is GRANTED, and Plaintiff's claims against these two Defendants are DISMISSED.

The remaining Defendant, Jonathen Walton, was served with the Complaint (Docket No. 6) but has never responded thereto. Therefore, this action is referred to the Magistrate Judge for further recommendations and/or case management with regard to Plaintiff's claims against Defendant Walton.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE